BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00317 LKK |
| Plaintiff, | ORDER EXCLUDING TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| FERMIN GARCIA-PERALTA,<br>  aka Mario Martinez Barbosa,<br>  aka Martin Garcia,<br>  aka Fermin Garcia, | |
| Defendant. | |

The parties appeared before the undersigned for a status conference on July 23, 2013, and the defendant requested that the matter be continued to August 6, 2013, for a status conference and possible change of plea and request for sentencing. The defendant's counsel represented that she requires more time to review case materials and a proposed plea agreement with her client, the deadline for which was recently extended for two weeks. Additionally, defendant's counsel represented that she requires time to file, and have resolved, a proposed substitution of counsel so that she may retain this case as she transitions from the Federal Defender's Office to panel counsel in private practice. On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation taking into account the exercise of due diligence, and would further deprive him of the

1    continuity of counsel.  The Court finds that the ends of justice to be served by granting a continuance

2    outweigh the best interests of the public and the defendant in a speedy trial.

3         Accordingly, IT IS HEREBY ORDERED that time from the July 23, 2013 status conference to

4    and including the August 6, 2013 status conference and possible change of plea proceeding shall be

5    excluded from computation of time within which the trial of this matter must be commenced under the

6    Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense

7    counsel time to prepare and file and resolve a proposed substitution of counsel.

8

9    DATED: July 23, 2013

10                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
11   Respectfully submitted,          UNITED STATES DISTRICT COURT

12   BENJAMIN B. WAGNER
     United States Attorney

13

14   /s/ Nirav K. Desai
     NIRAV K. DESAI
15   Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28